# COLSON LAW

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

March 12, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2019
```

By ECF

Honorable Lorna Schofield
United States District Court
40 Foley Square
New York, N.Y. 10007

    Re:   *United States v. Juan Ramirez and Ana Brito,* 19 CR 105

Dear Judge Schofield:

    I am CJA counsel for Juan Ramirez, and I write to respectfully request that the Court appoint Ilana Haramati, Esq. as my associate counsel in this matter. Ms. Haramati is a 2009 graduate of the New York University School of Law and of counsel at Meister Seeling & Fein LLP. She is also participating as a mentee in the Eastern District of New York CJA Mentorship Program. As a mentee, Ms. Haramati provides the first fifteen hours on a pro bono basis after which she may bill at a rate of $65 per hour. Ms. Haramati will be assisting with document review, client meetings, and plea negotiations.

    Thank you for your consideration.

Very truly yours,

/s/

Deborah Colson
(212) 257-6455

cc:   Ilana Haramti, Esq.

Application Granted.  Ms. Haramati is appointed as associate counsel and authorized to bill at a rate of $65 per hour following the completion of fifteen pro bono hours.

Dated: March 19, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

26403