UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
                   Plaintiff,       :
:  19 Cr. 105 (LGS)
       -against-                         :
:  SCHEDULING ORDER
JUAN RAMIREZ,                                  :
                   Defendant,      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Juan Ramirez's sentencing hearing shall be held on **November 21, 2019** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **October 28, 2019**.  The Government's pre-sentencing submission, if any, shall be filed by **October 31, 2019.**

Dated: August 30, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**