USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

    -v-

JUAN RAMIREZ,

                Defendant,
------------------------------------------------------------X

19 Cr. 105 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with Juan Ramirez's consent, his guilty plea allocution was taken before Magistrate Henry B. Pitman on August 13, 2019;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
January 9, 2020

LORNA G. SCHOFIELD
United States District Judge